# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149583(55)

KIRKLAND DUDLEY and TEDRA DUDLEY,
      Plaintiffs-Appellants,

v

                                        SC: 149583
                                        COA: 312771

BANK OF AMERICA,
      Defendant-Appellee.
                                        Wayne CC: 12-003879-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015 _____

d0420


                                      Clerk